IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: 12-27139

MONA M. NASSER, an individual,

    Plaintiff,

v.

ROGELIO URIBE BARCENAS, an individual,
FLEETWOOD TRANSPORTATION SERVICES,
INC., a foreign corporation, and AURORA
TRAILER LEASING AND RENTAL, LLC.,
a foreign corporation,

    Defendants.
_____/

**IMPORTANT**

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons, a copy of the Complaint or petition, Interrogatories and Request for Production in this action on defendant:

        **FLEETWOOD TRANSPORTATION SERVICES, INC.**
By Serving:   **Registered Agent** of Fleetwood Transportation Services, Inc.
        7632 US Highway 59 South
        ~~Post Office Box 430~~
        Diboll, Texas 75941

Each defendant is required to serve written defenses to the complaint or petition on **CARLOS A. VELASQUEZ, ESQUIRE, LAW OFFICES OF CARLOS A. VELASQUEZ, P.A.**, Plaintiff's attorney, whose address is **101 North Pine Island Road, Suite 201, Fort Lauderdale, Florida 33324, Telephone (954) 382-0533**, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED on _____SEP 27 2012_____, 2012.

                                    **HOWARD C. FORMAN**
                                    As Clerk of the Court
                                    BY: _____CORINNE WILSON_____
                                    As Deputy Clerk

                                    A TRUE COPY
                                    Circuit Civil

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO:

**Mona M. Nasser**, an individual,

JUDGE:

12-27139

Plaintiff,

vs.

**Rogelio Uribe Barcenas,** an individual,
**Fleetwood Transportation Services,
Inc.**, a foreign corporation, and **Aurora
Trailer Leasing and Rental, LLC.**,
a foreign corporation,

Defendants.
_____/

## Complaint For Damages and Demand For Jury Trial

**Comes Now,** the Plaintiff, **Mona M. Nasser,** by and through her undersigned counsel and sues the Defendants, **Rogelio Uribe Barcenas**, an individual, **Fleetwood Transportation Services**, a foreign corporation, and **Aurora Trailer Leasing and Rental, LLC.**, a foreign corporation, for damages and alleges as follows:

### Jurisdiction Allegations and Identification Of The Parties

1.  This is an action for damage in excess of the sum of Fifteen Thousand ($15,000.00) Dollars, exclusive of costs, interest and attorneys fees, and is therefore within the jurisdiction of this Honorable Court.

2.  That at all times material hereto, the Plaintiff, **Mona M. Nasser,** was and is a resident of Broward County, Florida, over the age of 18 years and otherwise *sui juris*.

1

3. That at all times material hereto, the Defendant, **Rogelio Uribe Barcenas**, was and is a foreign resident in the State of Texas, over the age of 18 years and otherwise *sui juris*.

4. That at all times material hereto, the Defendant, **Fleetwood Transportation Services, Inc.**, is a foreign corporation, authorized by the U.S Department of Transportation, and doing business in the State of Florida.

5. That at all times material hereto, the Defendant, **Aurora Trailer Leasing and Rental, LLC.**, at the time of the accident, was a foreign corporation, registered with the State of Florida, and doing business in the State of Florida.

6. That at all times material, the Defendants, **Fleetwood Transportation Services, Inc.** and/or **Aurora Trailer Leasing and Rental, LLC.**, was the legal and/or beneficial owner of a 2000 PTRB Truck bearing a Texas vehicle license plate RG7C52, and vin number of 1XP5DB9X0YD510812, which was involved in the subject accident herein.

7. That at all times material, the Defendant, **Rogelio Uribe Barcenas**, was operating said 2000 PTRB Truck with a Texas vehicle license number 15521027 which was involved in the subject accident herein.

## Facts Giving Rise To Cause Of Action

8. On or about May 11, 2010, the Defendant, **Rogelio Uribe Barcenas**, was operating the aforementioned 2000 PTRB Truck while traveling northbound on U.S. Highway 27, approaching Pines Blvd, in Pembroke Pines, Broward County Florida, with the knowledge, consent and permission of the owner(s), the Defendants, **Fleetwood Transportation Services, Inc.** and/or **Aurora Trailer Leasing and Rental, LLC.**, northbound on U.S. Highway 27, approaching Pines Blvd, in Pembroke Pines, Broward County Florida.

2

9. On or about May 11, 2010, the Plaintiff, **Mona M. Nasser**, was a restrained driver, traveling southbound on U.S. Highway 27, and making a left turn on her right of way, with a green turning light, onto eastbound Pines Blvd.

10. It was at that time and point that the Defendant, **Rogelio Uribe Barcenas**, recklessly and negligently failed to control his vehicle while traveling northbound on U.S. Highway 27, approaching Pines Blvd, in Pembroke Pines, Broward County Florida, when he failed to yield to a red light, causing a collision with the Plaintiff, **Mona M. Nasser**.

11. As a result of the aforementioned behavior by the Defendants, **Rogelio Uribe Barcenas**, **Fleetwood Transportation, Inc.**, and/or **Aurora Trailer Leasing and Rental, LLC.**, which caused a collision with the Plaintiff, **Mona M. Nasser**, and resulted in serious and permanent bodily injuries and damages to her, as more fully described hereinafter.

### Count I – Negligence
(Against Rogelio Uribe Barcenas)

The Plaintiff reavers and re-alleges paragraphs 1-11 and further states:

12. At all times material, Defendant, **Rogelio Uribe Barcenas**, had a duty to operate the vehicle in a safe and prudent manner.

13. Notwithstanding said duty, Defendant, **Rogelio Uribe Barcenas**, was negligent in one or more of the following ways:

    a. Failed to have the vehicle under control;

    b. Driving carelessly and recklessly;

    c. Failure to exercise due care while approaching a traffic signal; and/or

    d. Failure to exercise due care while operating the motor vehicle.

14. As a direct and proximate result of the negligence of the Defendant, **Rogelio**

**Uribe Barcenas**, as stated hereinabove, the Plaintiff, **Mona M. Nasser,** has sustained personal injuries and damages, any, some, or all of which are permanent, to wit:

    a. Bodily injury;
    b. Pain and suffering;
    c. Disability
    d. Physical Impairment and permanent injuries.
    e. Aggravation of pre-existing condition;
    f. Mental Anguish;
    g. Permanent scaring and disfigurement;
    h. Medical bills and expenses, both in the past and in the future; and
    i. Loss of work resulting in economic damages in the past.

**Wherefore** the Plaintiff, **Mona M. Nasser,** demands judgment against the Defendant, **Rogelio Uribe Barcenas** for compensatory damages in excess of the minimum jurisdictional limits of this Court, to wit: Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs and demands a trial by jury of all issues triable as of right by jury

<u>**Count II – Vicarious Liability**</u>
(Against Fleetwood Transportation Services, Inc.
and Aurora Trailer Leasing and Rental, LLC.)

The Plaintiff reavers and re-alleges paragraphs 1-14 and further states:

15. At all times material, Defendants, **Fleetwood Transportation Services, Inc.** and/or **Aurora Trailer Leasing and Rental, LLC.**, were the owner(s) of the vehicle operated by the Defendant, **Rogelio Uribe Barcenas**.

16. That at all times material to this Complaint, and in particular, at the time of the place

4

## Demand for Jury Trial

**Wherefore** the Plaintiff, **Mona M. Nasser,** demands judgment against the Defendants, **Rogelio Uribe Barcenas, Fleetwood Transportation Services, Inc.** and **Aurora Trailer Leasing and Rental, LLC.,** together with taxable costs incurred herein and demand trial by jury of all issues so triable as a matter of right.

Dated this 17th day of September, 2012.

Respectfully submitted,

**Law Offices of Carlos A. Velasquez, P.A.**
Counsel for Plaintiff
101 North Pine Island Road – Suite 201
Ft. Lauderdale, Florida, 33324
Phone: (954) 382-0533 – Fax: (954) 382-0585
Juan@velasquez-law.com

By: _____
JUAN C. ARIAS, ESQ.
Florida Bar No.: 76410
CARLOS A. VELASQUEZ, ESQ.
Florida Bar No.: 755982